UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
*(ELECTRONICALLY FILED)*

| | |
|---|---|
| STEPHANIE BUCHANAN and BOBBY DARRELL BUCHANAN, ) ) ) Plaintiffs, ) ) v. ) ) EXPERIAN INFORMATION SOLUTIONS, INC., ) ) ) ) Defendants. ) ) | CASE NO. 4:15-cv-125-JHM |

### AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiffs, Stephanie Buchanan and Bobby Darrell Buchanan, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' claims asserted in this litigation against Experian Information Solutions, Inc. are hereby DISMISSED WITH PREJUDICE as settled, each party to bear their own attorneys' fees and costs.

HAVE SEEN AND AGREED:

David W. Hemminger (with permission)
David W. Hemminger
*Counsel for Plaintiffs*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

s/Margaret Jane Brannon
Margaret Jane Brannon
*Counsel for Defendant Experian Information Solutions, Inc.*

February 28, 2017